# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Stuart Go

E-Filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 4547 VRW

V.

LEXAR MEDIA, INC.; HITACHI AMERICA, LTD.;
HITACHI, LTD.; HITACHI ELECTRONIC
DEVICES USA; et al.

BY FAX

TO: (Name and address of defendant)

LEXAR MEDIA, INC., 47300 Bayside Parkway, Fremont, California, 94538; HITACHI AMERICA, LTD.,50 Prospect Ave, Tarrytown, New York 10591; HITACHI, LTD., 6-1 Marunoyuchi Center Building 13F Chiyodaku, Tokyo, 100-8220, Japan; HITACHI ELECTRONIC DEVICES USA, 575 Mauldin Road, Greenville, SC 29607; HYNIX SEMICONDUCTOR AMERICA, INC., 3101 North First Street, San Jose, California, 95134; HYNIX SEMICONDUCTOR, INC., SAN 136-1, Ami-Ri Bubal-eub, Icheon-si, Kyoungki-do, Korea, 467-701; MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., (continued)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jack W. Lee
Brad Yamauchi
B. Mark Fong
Hugo A. Zia
MINAMI TAMAKI LLP
360 Post Street, 8th floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 31, 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

ATTACHMENT TO CIVIL SUMMONS--Defendants
*Go, et al. v. Lexar Media, Inc., et al.*

Defendants and their addresses, continued.

8000 South Federal Way, Boise, Idaho, 83716; MITSUBISHI ELECTRIC CORPORATION, Tokyo Building 2-7-3, Marunouchi, Chiyoda-ku, Tokyo, 100-8310, Japan; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC., 500 Corporate Wood Parkway, Vernon Hills, Illinois 60061; MOSEL VITELIC CORPORATION, 3910 North First Street, San Jose, California 95134; MOSEL VITELIC, INC., No. 19 Li Hsin Road, Science-Based Industrial Park, Hsinchu, Taiwan; RENESAS TECHNOLOGY CORPORATION, Marunouchi Building, 4-1, Marunouchi 2-chrome, Chiyoda-ku, Tokyo, 100-6334, Japan; RENESAS TECHNOLOGY AMERICA, INC., 450 Holger Way, San Jose, California, 95134-1368; SAMSUNG SEMICONDUCTOR, INC., 3655 North First Street, San Jose, California, 95134; SAMSUNG ELECTRONICS COMPANY, LTD., Samsung Main Building, 250-2 ga, Taepyung-ro, Chung-gu, Seoul, Korea; SANDISK CORPORATION, 601 McCarthy Boulevard, Milpitas, California, 95035; STMICROELECTRONICS N.V., 39, Chemin du Champ des Filles, C. P. 21, CH 1228 Plan-Les-Ouates, Geneva, Switzerland; STMICROELECTRONICS, INC., 1310 Electronics Dr., Carrollton, TX , 75006-7005; TOSHIBA CORPORATION, 1-1 Shibaura, 1-chrome Minato-ku, Tokyo, 105-8001, Japan; TOSHIBA AMERICA CORPORATION, 1251 Avenue of the Americas, Suite 4110, New York, New York, 10020; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., 19900 MacArthur Boulevard, Suite 400, Irvine, California, 92612; WINBOND ELECTRONICS CORPORATION, No. 4 Creation Road 3, Science-Based Industrial Park, Hsinchu, 300, Taiwan; WINBOND ELECTRONICS CORPORATION AMERICA, INC., 2727 North First Street, San Jose, California 95134;

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                        Date                                                Signature of Server

                                                                          _____
                                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure