POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Jack W. Lee, 71626 <br> MINAMI TAMAKI, LLP <br> 360 Post St. 8th Floor <br> San Francisco, CA 94108 <br> TELEPHONE NO.: (415) 788-9000 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY <br><br> ORIGINAL <br> 07 SEP 17 PM 3:45 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Stuart Go <br> DEFENDANT/RESPONDENT: Lexar Media, Inc., et al. | CASE NUMBER: <br> 07-4547 VRW |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 07323-0000 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for all Judges of Northern District of California, Judge Walker's blank Order Setting Initial Case Management Conference, ECF Registration handout, District Court filing guidelines, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Civil Case Cover Sheet

3. a. Party served: Renesas Technology America, Inc.

   b. Person Served: CSC Corp - Rhonda Tuck - Person authorized to accept service of process   BY FAX

4. Address where the party was served: 2730 GATEWAY OAKS DR STE 100
   SACRAMENTO, CA 95833

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 14, 2007   (2) at (time): 2:09 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Renesas Technology America, Inc.

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:   Tyler Dimaria
   b. Address:   One Legal, Inc. - 132-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 14, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6648175