**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-00086 SBA**     **Nguyen v. Samsung Electronics Co., Ltd. Et al**

**C 07-01020 SBA**     **A Computer Place, Inc. V. Samsung Electronics Company Ltd. Et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01147 SBA**     **Miller v. Samsung Electronics Co., Ltd. Et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01236 SBA**     **Burke v. Samsung Electronics Co. Ltd. Et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01360 SBA**     **Perkins v. Samsung Electronics Co. Ltd. Et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01388 SBA**     **Burt v. Samsung Electronics Co. Ltd. Et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01418 SBA**     **TechToysForLess v. Samsung Electronics Co., Ltd et al**

      **I find that the above case is related to the case assigned to me.** _____

**C 07-01459 SBA**        **Huh v. Samsung Electronics Co., Ltd. Et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01460 SBA**        **Krahmer v. Samsung Electronics Co., Ltd et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01489 SBA**        **Alderman v. Samsung Electronics Co. Ltd. Et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01524 SBA**        **Greenwell v. Samsung Electronics Co. Ltd. Et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01613 SBA**        **Sweatman v. Samsung Electonics Co Ltd et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01614 SBA**        **Pellitteri v. Samsung Electronics Co., Ltd et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01665 SBA**        **Kevin&#039;s Computer and Photo v. Samsung Electronics Co. Ltd. Et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01680 SBA**        **Theisen v. Hitachi, Ltd. Et al**

        **I find that the above case is related to the case assigned to me. _____**


**C 07-01735 SBA**        **Davis v. Samsung Electronic Co., LTD et al**

        **I find that the above case is related to the case assigned to me. _____**

**C 07-01823 SBA**        **McClellan-Chambers et al v. Samsung Electronics Co., Ltd et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-01829 SBA**        **Juskiewicz v. Samsung Electonics Co Ltd et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-02066 SBA**        **Rippel v. Samsung Electronics Co. Ltd. Et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-02228 SBA**        **Skorstad v. Samsung Electonics Co Ltd et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-02286 SBA**        **Young v. Samsung Electronics Co., Ltd et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-03775 SBA**        **Calif-Coast Investigative Services v. Lexar Media, Inc. Et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-03971 SBA**        **Harrison v. Samsung Electronics Co., Ltd. Et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-04082 SBA**        **Cravens v. Lexar Media, Inc. Et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-04252 SBA**        **Levy v. Samsung Electronics Co., Ltd. Et al**

  **I find that the above case is related to the case assigned to me. _____**


**C 07-04547 VRW**        **Go v. Lexar Media, Inc. Et al**

**I find that the above case is related to the case assigned to me. SBA**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:   9/21/07   _____/s/ Saundra B. Armstrong_____
Judge Saundra B. Armstrong

Dated:_____   _____
Judge Saundra B. Armstrong

Dated:_____   _____
Judge Saundra B. Armstrong

Dated:_____   _____
Judge Saundra B. Armstrong

Dated:_____   _____
Judge Saundra B. Armstrong

Dated:_____   _____
Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____        _____
                             Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____  
_____  
Judge Saundra B. Armstrong

Dated:_____   _____
                          Judge Maxine M. Chesney

## CERTIFICATE OF SERVICE

  I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                      **Richard W. Wieking, Clerk**

**DATED: 9/21/07**              **By:** _____
                           **Deputy Clerk**

Copies to: Courtroom Deputies
      Case Systems Administrators
      Counsel of Record
Entered into Assignment Program: _____(date)