1  ELIZABETH I. ROGERS (No. 226234)
   elizabeth.rogers@wilmerhale.com
2  LEEOR NETA (No. 233454)
   leeor.neta@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  1117 California Avenue
   Palo Alto, California  94304
5  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
6
7  Attorney for Defendant
   STMICROELECTRONICS, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STUART GO, | CASE NO. C-07-04547-SBA |
| Plaintiff, | |
| v. | **NOTICE OF JOINDER IN STIPULATION EXTENDING TIME** |
| LEXAR MEDIA, INC., ET AL., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant STMicroelectronics, Inc., by written notice to Plaintiff in this action, joined in the Stipulation for Extension of Time between Plaintiffs and defendant Samsung Semiconductor, Inc., dated and filed in the related case *Nguyen v. Samsung Electronics Co., Ltd., et al.* on April 11, 2007 and approved by the Court by Order dated April 13, 2007 (the "Stipulation").  Pursuant to the Stipulation, the deadline for STMicroelectronics, Inc. to respond to Plaintiff's Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days after Plaintiff provides written notice to STMicroelectronics, Inc. that it does not intend to file an Amended Complaint, provided that such notice may be given only at or after the

1 initial case management conference either in the MDL transferee Court or in the Court in which all

2 Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern

3 District of California.  The joinder in the Stipulation does not constitute a waiver by

4 STMicroelectronics, Inc. of any defense, including but not limited to the defenses of lack of personal

5 or subject matter jurisdiction.

7 Dated:  October 2, 2007           WILMER CUTLER PICKERING
                                     HALE & DORR LLP

10                         By:      /s/ Elizabeth I. Rogers
                                     Elizabeth I. Rogers
                                     Attorney for Defendant
11                                   STMICROELECTRONICS, INC.

13 Of Counsel:

14 STEVEN F. CHERRY
steven.cherry@wilmerhale.com
15 LEON GREENFIELD
leon.greenfield@wilmerhale.com
16 BRIAN M. SIMMONDS
brian.simmonds@wilmerhale.com
17 WILMER CUTLER PICKERING
   HALE AND DORR LLP
18 1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-3642
19 Telephone: (202) 663-6000
Facsimile: (202) 663-6363