1  Bingham McCutchen LLP
   HAYWOOD S. GILLIAM, JR. (SBN 172732)
2  KRYSTAL N. BOWEN (SBN 163972)
   JOY SHERROD (SBN 249945)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: 415.393.2000
   Facsimile: 415.393.2286
5
   Attorneys for Defendant
6  SANDISK CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| STUART GO, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LEXAR MEDIA, INC.; HITACHI AMERICA, LTD.; HITACHI, LTD.; HITACHI ELECTRONIC DEVICES USA; HYNIX SEMICONDUCTOR AMERICA, INC.; HYNIX SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI ELECTRIC AND ELECTRONICS USA, INC.; MOSEL VITELIC CORPORATION; MOSEL VITELIC, INC.; RESESAS TECHNOLOGY CORPORATION; RESESAS TECHNOLOGY AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; SANDISK CORPORATION; STMICROELECTRONICS N.V.; STMICROELECTRONICS, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS COPRORATION AMERICA, INC.,<br><br>  Defendants. | No. C-07-04547- SBA<br><br>**DEFENDANT SANDISK CORPORATION'S NOTICE OF JOINDER IN STIPULATION EXTENDING TIME** |

A/72244503.1

SANDISK CORPORATION'S NOTICE OF JOINDER IN STIPULATION EXTENDING TIME

PLEASE TAKE NOTICE that Defendant SanDisk Corporation ("SanDisk"), by written notice to Plaintiff in this action joined in the Stipulation for Extension of Time between Plaintiffs and Defendant Samsung Semiconductor, Inc. dated and filed in the related case *Nguyen v. Samsung Electronics Co., Ltd, et al* on April 11, 2007 and approved by the Court by Order dated April 13, 2007 (the "Stipulation").

Pursuant to the Stipulation and Order, the deadline for SanDisk to respond to Plaintiff's Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaints in the direct and indirect Flash Memory Cases either in the MDL transferee Court or in the Court in which the Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California; or (2) forty-five days after Plaintiff provides written notice to SanDisk that it does not intend to file an Amended Complaint, provided that such notice may be given only at or after the initial case management conference either in the MDL transferee Court or in the Court in which all Flash Memory Cases pending in this District are consolidated and/or coordinated in the Northern District of California.

The joinder in the Stipulation does not constitute a waiver by SanDisk of any defense, including but not limited to the defenses of lack of personal or subject matter jurisdiction.

DATED: October 9, 2007

Bingham McCutchen LLP

By: /s/ Haywood S. Gilliam Jr.
Haywood S. Gilliam Jr.
Attorneys for Defendant
SanDisk