

Clerk's Use Only

Initial for fee pd.:

LEON GREENFIELD
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

**FILED**

OCT 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

STUART GO,

        Plaintiff(s),

v.

LEXAR MEDIA, INC., ET AL.,

        Defendant(s).

CASE NO. C-07-04547-SBA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Leon Greenfield, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing STMicroelectronics, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Elizabeth I. Rogers, Wilmer Cutler Pickering Hale and Dorr LLP,
1117 S California Avenue, Palo Alto, California 94304, (650) 858-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/10/07

Leon Greenfield

## CERTIFICATE OF SERVICE

I, Marie Cassidy, hereby certify that I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California. I am over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 1117 California Avenue, Palo Alto, California 94304. On the date set forth below I caused a true and correct copy of the attached:

APPLICATION FOR ADMISSION OF ATTORNEY VICE *PRO HAC VICE*; (PROPOSED) ORDER GRANTING AP-PLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

 X  (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Wilmer Cutler Pickering Hale and Dorr LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California addressed to the following:

**Counsel for Plaintiff:**

Brian Mark Fong
Jack Wing Lee
Brad Yamauchi
Hugo Alexander Zia
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108-4903
415-788-9000
415-398-3887 (fax)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2007, at Palo Alto, California

_____
Marie Cassidy

CERTIFICATE OF SERVICE
FILE No. C-07-04547-SBA

```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001359
Cashier ID: lenahac
Transaction Date: 10/15/2007
Payer Name: Wilmer Cutler Pickering et a
l
--------------------------------
PRO HAC VICE
 For: Steven F. Cherry
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Leon Greenfield
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Brian M. Simmonds
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 306832
 Amt Tendered:   $630.00
--------------------------------
Total Due:       $630.00
Total Tendered: $630.00
Change Amt:       $0.00

CV-07-4547-SBA for Steven F.
Cherry, Leon Greenfield and Brian
M. Simmonds.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```