Jack W. Lee (SBN 71626)
Brad Yamauchi (SBN 73245)
B. Mark Fong (SBN 99672)
Hugo A. Zia (SBN 122599)
MINAMI TAMAKI LLP
360 Post Street, 8th floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART GO V. LEXAR MEDIA, INC., ET AL. | Case No. 07-CV-4547 SBA |
| THIS DOCUMENT RELATES TO:<br><br>IN RE FLASH MEMORY ANTITRUST LITIGATION<br><br>CASE NO. 07-CV-0086 SBA | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT LEXAR MEDIA, INC. [F.R.C.P. § 41(a)(1)]** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Stuart Go hereby dismisses all claims made in Case No. 07-cv-4547-SBA, without prejudice, against named defendant Lexar Media, Inc.

Dated: October 17, 2007                                   Respectfully Submitted,


                                          By:        /s/ Jack W. Lee
                                                     Jack W. Lee
                                                     Attorney for Plaintiff and the Putative Class

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

1
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE DEFENDANT LEXAR MEDIA, INC. [F.R.C.P. § 41(a)(1)]**