1  Jack W. Lee (SBN 71626)
2  Brad Yamauchi (SBN 73245)
   B. Mark Fong (SBN 99672)
3  Hugo A. Zia (SBN 122599)
   MINAMI TAMAKI LLP
4  360 Post Street, 8th floor
   San Francisco, CA 94108
5  Telephone:  (415) 788-9000
   Facsimile:   (415) 398-3887
6
7  *Attorneys for Plaintiff and the Putative Class*

8
9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 

| STUART GO V. LEXAR MEDIA, INC., ET AL. | Case No. 07-CV-4547 SBA |
|---|---|
| THIS DOCUMENT RELATES TO: | **PROOF OF SERVICE** |
| IN RE FLASH MEMORY ANTITRUST LITIGATION | |
| CASE NO. 07-CV-0086 SBA | |

19 I, Sean Tamura-Sato, declare as follows:
20 I am employed in the County of San Francisco, State of California.  I am over the age of eighteen
   years and am not a party to this action.  My business address is MINAMI TAMAKI LLP, 360 Post
21 Street, 8th Floor, San Francisco, California 94108.

22 In said County and State, on October 17, 2007, I served the following:

23    1. NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE
24       DEFENDANT LEXAR MEDIA, INC. [F.R.C.P. § 41(a)(1)]

25
26   __X___     BY ELECTRONIC FILING on those parties whose counsel are registered for electronic
     filing in this case.

27   __X___     BY MAIL.  I placed a true copy in a sealed envelope addressed to the people on the
28   following list and dated as indicated above.  I am readily familiar with the firm's practice for
     collection and processing of correspondence for mailing, said practice being that in the ordinary

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

**PROOF OF SERVICE**

1  course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.
2
3  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in San Francisco, California, on October 17, 2007.
4
5    /s/_Sean Tamura-Sato_____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 2 -
**PROOF OF SERVICE**

1 **Mailing Information for Case 07-cv-4547-SBA**

2

| Philip Mark Milestone<br>Haywood S. Gilliam, Jr.<br>Krystal N. Bowen<br>Joy Sherrod<br>Bingham McCutchen, LLP<br>3 Embarcadero Center<br>San Francisco, CA 94111<br>415-393-2284<br>philip.milestone@bingham.com<br>Counsel for Defendant Sandisk Corporation | Elizabeth I. Rogers<br>Leeor Neta<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1117 California Avenue<br>Palo Alto, CA 94304<br>(650) 858-6000<br>(650) 858-6100 (fax)<br>elizabeth.rogers@wilmerhale.com<br>Counsel for Defendant STMicroelectronics, Inc. |
|---|---|

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

- 3 -
**PROOF OF SERVICE**