RECEIVED
OCT 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
OCT 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

STUART GO,

                Plaintiff(s),

v.

LEXAR MEDIA, INC., ET AL.,

                Defendant(s).

CASE NO. C-07-04547-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven F. Cherry, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing STMicroelectronics, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/22/07

_____
United States ~~Magistrate~~ Judge

UNITED STATES DISTRICT COURT
For the Northern District of California