POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jack W. Lee, 71626<br>MINAMI TAMAKI, LLP<br>360 Post St. 8th Floor<br>San Francisco, CA 94108<br>TELEPHONE NO.: (415) 788-9000<br>ATTORNEY FOR (Name): Plaintiff | ORIGINAL FILED<br>07 OCT 25 PM 3: 51<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF/PETITIONER: Go

DEFENDANT/RESPONDENT: Lexar Media, Inc., et al.

CASE NUMBER: C 07 4547 VRW

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 07323-0000

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orde for all Judges of Northern District of California, Judge Walker's blank Order Setting Initial Case Management Conference, ECF Registration handout, District Court filing guidelines, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, Civil Case Cover Sheet

3. a. Party served: Samsung Semiconductor, Inc.     **BY FAX**

   b. Person Served: National Registered Agents, Dena La Porta - Person authorized to accept service of process

4. Address where the party was served: 2030 Main Street Suite 1030
   Irvine, CA 92614

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): September 14, 2007    (2) at (time): 3:10 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Samsung Semiconductor, Inc.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:    Edward Kusinsky
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was:    $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 1826
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 24, 2007

Edward Kusinsky
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6648169