# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE FLASH MEMORY ANTITRUST LITIGATION | Case No. C-07-00086 SBA |
| This Document Relates to: | **ORDER RE ISSUANCE OF LETTERS ROGATORY** |
| *Stuart Go v. Lexar Media, Inc., et al.,* Case No. 07-cv-4547 VRW | |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

Indirect-Purchaser Plaintiff *Stuart Go's* request for issuance of Letters Rogatory for the purpose of effecting service of process on Defendants Mosel Vitelic, Inc. and Winbond Electronics Corporation is GRANTED.

Dated: _1/10/08                                  _/s/ Saundra B. Armstrong_

The Honorable Saundra B. Armstrong
United States District Judge

-1-
[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY